# Exhibit "A"










"Shutterstock" Watermark